IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No.  03-cv-02372-PSF-PAC

JACK BARRECA,

    Plaintiff,

v.

SOUTH BEACH BEVERAGE CO., INC.,
LOTTE U.S.A, and
7-ELEVEN, INC.,

    Defendants.

---

## ORDER SETTING CASE FOR TRIAL

---

The above-captioned matter has been scheduled for a **ten-day jury trial** on the docket of Judge Phillip S. Figa in the U.S. District Courthouse, Courtroom A602, 6th Floor, 901 19th Street, Denver, Colorado, to commence on **Monday, October 24, 2005 at 1:30 p.m.**

A Final Trial Preparation Conference is set for **Friday, October 7, 2005 at 8:30 a.m.**  The parties are expected to be fully prepared for trial at that time.  **Lead counsel who will try the case shall attend.**

DATED:  June 23, 2005

                                        BY THE COURT:

                                        s/ Phillip S. Figa
                                        _____
                                        Phillip S. Figa
                                        United States District Judge