IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No.  03-cv-02372-PSF-PAC

JACK BARRECA,

    Plaintiff,

v.

SOUTH BEACH BEVERAGE CO., INC.,
LOTTE U.S.A, and
7-ELEVEN, INC.,

    Defendants.

## ORDER DIRECTING SUBMISSION OF SETTLEMENT PAPERS

The Court has been advised by counsel for plaintiff that a resolution has been reached by the parties as to all claims asserted in this case.  The parties are directed to endeavor to file a stipulation of dismissal, or other settlement documents, no later than November 30, 2005.

Pending such filing, all deadlines in the case are suspended.

Dated: November 7, 2005.

                                                BY THE COURT:

                                                *s/ Phillip S. Figa*
                                                _____
                                                Phillip S. Figa
                                                United States District Judge