IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 1:03-cv-02372-PSF-PAC

JACK BARRECA,

    Plaintiff,

v.

SOUTH BEACH BEVERAGE CO., INC.;
LOTTE U.S.A; and
7-ELEVEN, INC.

    Defendants.

---

**ORDER OF DISMISSAL**

---

    Upon the Stipulation for Dismissal With Prejudice (Dkt. # 152), and the Court being fully advised in the premises, it is hereby

    ORDERED that this matter is DISMISSED with prejudice, each party to pay his or its own costs and fees.

    DATED: December 16, 2005

                                                BY THE COURT:

                                                *s/ Phillip S. Figa*
                                                _____
                                                Phillip S. Figa
                                                United States District Judge